IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CORNITA M. APACHITO,**

    Plaintiff,

v.                                                                    No. 17-cv-0504 JCH/SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security Administration,**

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PF&RD") [Doc. 22], filed on January 10, 2018. On reference by the undersigned, [Doc. 19], the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended denying Defendant's Motion to Dismiss. No party has filed objections to the PF&RD, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 22] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss [Doc. 12] is **DENIED**. Unless the parties agree on a different time period, Defendant's responsive pleading is due within **14 days**. *See* Fed. R. Civ. P. 12(a)(4)(a).

**IT IS SO ORDERED**.

                                                                                                             _____
                                                                                                             **JUDITH C. HERRERA**
                                                                                                             **United States District Judge**